UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHELLEY SROUR, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　　　　-against-<br><br>FORSTER & GARBUS, LLP,<br><br>　　　　Defendant. | Civil Action Number:<br>**17-cv-5215** |

## NOTICE OF VOLUNTARY DISMISSAL BY THE PLAINTIFF PURSUANT TO RULE 41(a)(1)(A)(ii)

Pursuant to FRCP 41(a)(1)(A)(ii), and as the Defendant has neither answered nor moved for summary judgment, undersigned counsel on behalf of Plaintiff hereby voluntarily dismisses the pending action with prejudice as to the Plaintiff and without prejudice as to the unnamed putative class members, if any.

VARACALLI & HAMRA, LLP                          FORSTER & GARBUS, LLP,

By:__/s/ Salim Katach__                                    By:___/s/_____
Salim Katach, Esq. (SK0924)                        Robert Arleo, Esq.,
32 Broadway, Suite 1818                              380 Lexington Ave, 17th Floor
New York, New York 10004                        New York, NY 10168
(646) 590-0571                                               (212) 551-1115
*Attorneys for Plaintiff*                                   *Attorneys for Defendant*